STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
KIMBERLY M. FRAYN
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Kimberly.Frayn@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>William Kacensky,<br><br>Defendant. | Case No.  2:16-CR-0151-JCM-GWF<br><br>GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE AND PROPOSED <u>ORDER</u> (Government's Second Request) |

The United States, by and through its counsel, STEVEN W. MYHRE, Acting United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, moves for a continuance of the sentencing hearing, which is currently scheduled for August 7, 2017, at 10:00 a.m to a date convenient to the Court but not less than at least seven (7) days for the following reasons:

1.   On or about June 9, 2017, the United States Probation Office issued a revised Presentence Report (PSR)  addressing the Defendant's informal objections

1  to the initial PSR. On or about June 15, 2017, the Defendant filed formal Objections
2  to the revised PSR, challenging the criminal history calculation (Doc. No. 41), and a
3  Sentencing Memorandum seeking a 24 month downward variance (Doc. No. 40).

4  　　2.　　The Government has reviewed the allegations contained in these
5  pleadings, and has commensed a follow up investigation, which is necessary so that
6  the Government can write an appropriate response prior to the Defendant's
7  sentencing hearing. The sentencing hearing is currently set August 7, 2017, at 10:00
8  a.m. Specifically, the defendant has filed formal objections to the PSR, contesting 6
9  criminal history points assigned by the United States Probation Office (PSR p.10,
10 para. 35) to convictions from the Berkshire Superior Court, Pitsfield MA, docket no.
11 03-0261. (Doc. No. 41). After reviewing the conviction records in US Probation's
12 possession, the Government requested some additional records relating to these
13 convictions from the Berkshire County Superior Court Clerk's Office at 76 East
14 Street Pittsfield, MA 01201. These records are necessary to complete the analysis of
15 whether all 6 points should be counted.

16 　　3.　　On Wednesday July 26, 2017, undersigned counsel was advised by the
17 Clerk of Court that the requested materials had been located in their archived files
18 was being forwarded by US mail on that same date. Government counsel will need
19 time to receive these records, analyse them, conclude any additional followup
20 research, if necessary, and file its response. Without the receipt of the requested
21 records, the Government will be prejudiced because it will be unable to complete the

analysis necessary to defend or concede the matter on the merits. Accordingly, a brief continuance of seven days is requested.

4. Undersigned counsel contacted Assistant Federal Public Defender Rachel Korenblat, regarding the continuance, and the defense is not agreement with the request. However, the Defendant is not in custody and remains at liberty under Pretrial Services supervision pending sentencing. The brief requested 7-day delay is reasonable and necessary to allow the Government sufficient time to properly respond to the defendant's pleadings prior to sentencing. The defendant will not be unduely prejudiced by this brief delay.

5. Consequently, the Government requests the sentencing in the instant case be postponed for at least seven (7) days.

6. This is the Government's second request for a continuance of the Defendant's sentencing.

**DATED** this 27th day of June, 2017.

                Respectfully,
                STEVEN W. MYHRE
                Acting United States Attorney

                /s/Kimberly M. Frayn
                KIMBERLY M. FRAYN
                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing was served upon counsel of record, via Electronic Case Filing (ECF).

DATED: July 27, 2017

                                               / s / Kimberly M. Frayn
                                            _____
                                            KIMBERLY M. FRAYN
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:16-CR-0151-JCM-GWF |
| Plaintiff, | ORDER |
| v. | |
| William Kacensky, | |
| Defendant. | |

Based upon the stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for August 7, 2017, at 10:00 a.m., be vacated and continued to **August 17, 2017 at 10:00 a.m.**

**DATED** August 2, 2017.

_____
JAMES C. MAHAN
United States District Judge